**Charles TISDALE, Plaintiff–Appellant,**

v.

**Honorable Barack H. OBAMA, personally and in his official capacity as President of the United States; Don Palmer, in his official capacity as Secretary of the Virginia State Board of Elections; The Virginia State Board of Elections; Neil H. MacBride, in his official capacity as United States Attorney for the Eastern District of Virginia; Federal Election Commission, Defendants–Appellees.**

**Mario Apuzzo, Amicus Supporting Appellant.**

**No. 12–1124.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Charles Tisdale, Appellant Pro Se. Mario Apuzzo, Mario Apuzzo Attorney at Law, Jamesburg, New Jersey, Amicus Supporting Appellant. David Brett Kolker, Associate General Counsel, Federal Election Commission, Washington, D.C., for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Tisdale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and motion for an injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tisdale v. Obama*, No. 3:12–cv–00036–JAG (E.D.Va. Jan. 23, 2012). We deny Tisdale's motions to expedite the appeal and for an injunction, and to recuse Judges Davis, Keenan, Wynn, Diaz, and Floyd. We grant the motion to file an amicus curiae brief and file it out of time. We deny all other pending motions filed by Tisdale. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*